| ATTORNEY | RATE | HOURS SOUGHT | TOTAL |
|---|---|---|---|
| Alex Weisberg | $335.00 | 0.0 | $0.00 |
| Marshall Meyers | $335.00 | 2.3 | $770.50 |
| Aaron Radbil | $335.00 | 0.1 | $33.50 |
| Craig Ehrlich | $335.00 | 0.2 | $67.00 |
| Ron Weiss | $300.00 | 4.2 | $1,260.00 |
| Robert J. Lamb | $175.00 | 10.3 | $1,802.50 |
| Andrea Crawford | $175.00 | 1.4 | $245.00 |
| Jose Gill | $175.00 | 0.6 | $105.00 |
| Venus Booth | $175.00 | 1.4 | $245.00 |
| Todd Glenn, Law Clerk | $135.00 | 0.3 | $40.50 |
| Tremain Davis, Paralegal | $135.00 | 0.5 | $67.50 |
| Melissa Norton, Paralegal | $135.00 | 0.5 | $67.50 |
| Cathy Bopp, Paralegal | $135.00 | 0.1 | $13.50 |
| Tara St. Angelo, Paralegal | $135.00 | 1.0 | $135.00 |
| Lydia Bultemeyer, Paralegal | $135.00 | 0.4 | $54.00 |
| Gloria Ramirez, Legal Assistant | $100.00 | 0 | $0.00 |
| **TOTAL:** | $100.00 | 23.3 | $4,906.50 |

*Weisberg & Meyers, LLC*

## All Time for Selected File:

### Cogle, Heather v. Weber & Olcese, P.L.C.

Client ID: Cogle, Heather
Matter ID: D120327C08(NM-MI)

| Date | Timekeeper | Task / Activity Code & Description | Time (hours) |
|---|---|---|---|
| Feb 5, 2013 | Robert J. Lamb | Fee Petition - updated petition with new format; cut to get within page limits | 0.80 |
| Feb 5, 2013 | Robert J. Lamb | Fee Petition - proof read; proof read declarations; put together as many exhibits as possible (1.6), | 1.60 |
| Feb 4, 2013 | Robert J. Lamb | Fee Petition - updated settlement history section (.4); proof read motion and began to start cutting to get within page limits (.4); began to calculate attorney hours and fee request (.6) | 1.40 |
| Feb 4, 2013 | Robert J. Lamb | Fee Petition - cut more the motion, calculated fee request per time sheet in the file, numbered the exhibits | 1.20 |
| Jan 23, 2013 | Aaron Radbil | Review order directing briefing regarding attorneys' fees and note to file necessary events | waived |
| Jan 22, 2013 | Tremain Davis | Diaried events pursuant to Order to submit cross-motions on the issue of Attorney's Fees | waived |

| Date | Person | Description | Time |
|---|---|---|---|
| Jan 18, 2013 | Ron Weiss | Phone conference with Charity Olson and Mag. Judge Binder | 0.50 |
| Jan 18, 2013 | Robert J. Lamb | Received email from Ron with update on the case status hearing | 0.20 |
| Jan 14, 2013 | Ron Weiss | Call to oc inquiring as to status | 0.10 |
| Jan 11, 2013 | Ron Weiss | 0.1  Message to Olson - follow up on demand | 0.10 |
| Jan 8, 2013 | Tremain Davis | Diaried events pursuant to Text Order Setting Telephonic Conference | waived |
| Jan 2, 2013 | Ron Weiss | 0.1  Message to Olson following up on fee demand<br>0.1  Call to Jean at Mag Judge Binder re: status in response to email inquiry | 0.20 |
| Dec 21, 2012 | Robert J. Lamb | Settlement - received and reviewed response from OC regarding our demand, spoke to Marshall about responding, drafted and sent email in response to OC | 0.40 |
| Dec 19, 2012 | Robert J. Lamb | Left message with OC | 0.10 |
| Dec 19, 2012 | Robert J. Lamb | Spoke to OC regarding settlement (.3); sent email to OC with time sheet and final demand (.2) | 0.50 |
| Dec 17, 2012 | Robert J. Lamb | Reviewed settlement negotiations, sent OC request for counter offer. | 0.30 |
| Nov 30, 2012 | Melissa Norton | Review Ron Weiss status update regarding settlement and Joint Status Report; per RW instructions, roll event to December 20, as December 19 is calendared to complete settlement. | 0.10 |

| Date | Name | Description | Hours |
|---|---|---|---|
| Nov 21, 2012 | Robert J. Lamb | Sent Ron instructions on fee offer from W&O; research on deadline for Fee Petition, reviewed file and pacer for entry of judgment, diared event to file fee petition and set conservative deadline at 28 days from today. | waived |
| Nov 16, 2012 | Robert J. Lamb | Received notice from Ron regarding acceptance of settlement; updated amicus, diared necessary events. | waived |
| Nov 15, 2012 | Aaron Radbil | Discuss with Ron Defendant's offer of judgment. | 0.10 |
| Nov 15, 2012 | Robert J. Lamb | Spoke with Aaron regarding settlement, and then Marshall, sent Ron instructions to accept Main Street's offer. | waived |
| Nov 12, 2012 | Melissa Norton | Review file, correspondence, PACER and prior status checks; report same to Ron and RJ, request status and request to roll "deadline" event to actual 30-day marker of 11/15. | 0.20 |
| Nov 9, 2012 | Ron Weiss | Email exchange with OC regarding fee settlement. | 0.20 |
| Nov 9, 2012 | Robert J. Lamb | Reviewed W&O's response to our fee request, diared to respond, sent email to Ron Weiss with my thoughts. | 0.20 |
| Oct 29, 2012 | Ron Weiss | Call Jean at Mag. Judge Binder to advise as to status of claim, close to resolution (.1); call to OC Groendyk, seek consent to call court ( .1); email to OC Groendyk, confirming action of court (.1); call to Randy at OC Olson advise calling court (he already called them) (.1). | 0.40 |
| Oct 23, 2012 | Lydia Bultemeyer | Reminder to Ron Weiss of upcoming Initial Pretrial Conference - call and email local counsel, confirm time for quick conference call with | waived |

| Date | Name | Description | Hours |
|---|---|---|---|
| Oct 22, 2012 | Ron Weiss | Prepare for 26f conference (.3); discuss case with OC Groendyk, partial 26f conference that turned into settlement negotiations (.1). | 0.40 |
| Oct 22, 2012 | Ron Weiss | Prepare/file Acceptance to Defendant Weber & Olcese, PLC's Offer of Judgment. | 0.20 |
| Oct 18, 2012 | Melissa Norton | Review Ron's status update on this matter and note his instructions to hold on the JCMP for now as "This case is virtually settled, so I think we are okay on it" in the JCMP event notes. | 0.10 |
| Oct 17, 2012 | Tremain Davis | Arranged telephonic conference with local counsel to prepare for upcoming Initial Pretrial Conference. | 0.10 |
| Oct 17, 2012 | Melissa Norton | Review file, review Court's Order Setting Rule 16 Conference, update event to reflect Ron handling and submit reminder email to Ron. | 0.10 |
| Oct 15, 2012 | Tremain Davis | Sent request to local counsel for possible dates to hold a telephonic prep for the upcoming Initial Pretrial Conference. | 0.10 |
| Oct 15, 2012 | Tara St. Angelo | Diaried for Ron's 26f conference in amicus and outlook. | waived |
| Oct 15, 2012 | Tara St. Angelo | Saved defendant's corporate disclosure statement. | waived |
| Oct 11, 2012 | Tara St. Angelo | Emailed OC with proposed time and date; saved email to file. | 0.10 |
| Oct 8, 2012 | Tara St. Angelo | Emailed OC re 26f conference; saved email to file; updated event. | 0.10 |

| Date | Person | Description | Time |
|---|---|---|---|
| Oct 3, 2012 | Marshall Meyers | Reviewed and diaried Order Setting Initial Rule 16 Conference. | waived |
| Oct 3, 2012 | Ron Weiss | Reviewed Answer: (defendant 1) Compare against allegations in complaint, highlight relevant portions thereof; memo to file for Initial Disclosure and discovery. | 0.40 |
| Oct 3, 2012 | Ron Weiss | Reviewed Answer: (defendant 2) Compare against allegations in complaint, highlight relevant portions thereof; memo to file for Initial Disclosure and discovery. | 0.40 |
| Oct 3, 2012 | Tremain Davis | Diaried events pursuant to Order Setting Initial Rule 16 Conference. | waived |
| Oct 2, 2012 | Ron Weiss | Review Offer of Judgment. | 0.10 |
| Oct 2, 2012 | Ron Weiss | Review, download, save documents 11-17 including 3 answers and a judicial order. | waived |
| Oct 2, 2012 | Robert J. Lamb | Reviewed Offer of Judgment, saved and diaried to respond. | 0.10 |
| Oct 1, 2012 | Tremain Davis | Add judge's contact card to client's Amicus file. | waived |
| Sep 26, 2012 | Robert J. Lamb | Reviewed email from Main Street regarding liability (.1); reviewed file and diaried to respond (.1). | 0.20 |
| Sep 26, 2012 | Robert J. Lamb | Drafted settlement release (.2); drafted email to Main demanding $2,500.00 plus debt waiver (.2). | 0.40 |
| Sep 21, 2012 | Tremain Davis | Diaried events pursuant to Order Granting Extension for Defendant Weber to file Answer. | waived |

| Date | Person | Description | Time |
|---|---|---|---|
| Sep 19, 2012 | Tremain Davis | Diaried events pursuant to Order Granting Extension for Main Street to file Answer. | waived |
| Sep 17, 2012 | Melissa Norton | Saved Notice of Appearance on behalf of Defendant Weber & Olcese, P.L.C. to Client's ECF folder; add Attorney Olson's contact card to Amicus. | waived |
| Sep 7, 2012 | Robert J. Lamb | Left a message on cell phone, sent follow up email. | 0.20 |
| Sep 7, 2012 | Robert J. Lamb | Spoke to client; not sure who called him; will have Natasha follow up for voicemails. | 0.20 |
| Aug 29, 2012 | Robert J. Lamb | Left a message on cell phone. | 0.10 |
| Aug 24, 2012 | Robert J. Lamb | Left a message with client on home phone. | 0.10 |
| Aug 21, 2012 | Robert J. Lamb | Left message with client and sent follow up email. | 0.20 |
| Aug 20, 2012 | Cathy Bopp | Confirmed with Ron that he sent complaint out for service, memo to file re date sent for service. | 0.10 |
| Aug 16, 2012 | Robert J. Lamb | Left message with client re post notice contact. | 0.10 |
| Aug 10, 2012 | Melissa Norton | Review client's email, forward to attorney and save to client's folders; diary event for follow-up with client. | waived |
| Aug 10, 2012 | Ron Weiss | E-filed complaint, Summons, Attachments. | 0.20 |

| Date | Person | Description | Time |
|---|---|---|---|
| Aug 10, 2012 | Robert J. Lamb | Left message with client re post notice contact follow up. | 0.10 |
| Aug 10, 2012 | Melissa Norton | Saved (1) Complaint, (1-1 through 1-2) Exhibits, (1-3) Civil Cover Sheet, (1-4 through 1-5) Summonses to client's Pleadings and ECF folder; notify client of new lawsuit filing and transmit copy of complaint via email and save copy of the same to client's Pleadings folder. | waived |
| Aug 10, 2012 | Robert J. Lamb | Received email from client re post notice contact, saved to file, diared an event to amend, and sent email to Ron and Marshall. | 0.20 |
| Aug 10, 2012 | Melissa Norton | Saved (2) Clerk-Issued Summons to Defendant Weber & Olcese, PLC, (3) Clerk-Issued Summons to Defendant Main Street Acquisition, and (text only) Notice of Magistrate Option to client's Pleadings and ECF folders.. | waived |
| Aug 8, 2012 | Robert J. Lamb | Edited Ron's complaint (.2); updated with previous dun letter (.4); created exhibits (.2); proof read (.2) | 1.00 |
| Aug 6, 2012 | Ron Weiss | Review status of file—case has not settled, time to file; review outline of interview; review all documents and records; call client to review facts, see if any new developments; memo to paralegal to prepare complaint. | 1.00 |
| Jul 27, 2012 | Robert J. Lamb | Reviewed credit report and updated Statement of Facts. | 0.30 |
| Jul 19, 2012 | Lydia Bultemeyer | Contact Client and get a copy of Credit Report. | 0.10 |
| Jul 18, 2012 | Lydia Bultemeyer | Called both numbers and left messages for credit report. Sent email for same. | 0.20 |
| Jul 12, 2012 | Todd Glenn | Reviewed client folder to prepare informal memo for colleague to | 0.30 |

| Date | Name | Description | Hours |
|---|---|---|---|
| Jul 10, 2012 | Robert J. Lamb | Follow up email for credit report. | 0.10 |
| Jul 6, 2012 | Craig Ehrlich | Reviewed research provided by MSM. Added to summary. | waived |
| Jul 3, 2012 | Marshall Meyers | per Ron, researched Eastern District of Michigan for rulings on McCalla Jones issues, and found that the issue has not been decided in that jurisdiction; expanded search to 6th Cir.; prepare summary | 1.90 |
| Jul 3, 2012 | Robert J. Lamb | Reviewed for pre lit meeting. | 0.10 |
| Jun 29, 2012 | Robert J. Lamb | Email to client re need for credit report. | 0.20 |
| Jun 28, 2012 | Marshall Meyers | Email from AK from OC asks for facts; reviewed file and sent same. | 0.40 |
| Jun 15, 2012 | Lydia Bultemeyer | Follow up with defense, do they wish to settle pre-litigation? Review file, time passed since notice given and we have no settlement yet; follow up with defense, remind date of notice and request consideration for prelitigation analysis so formal suit can be avoided | 0.10 |
| Jun 14, 2012 | Lydia Bultemeyer | Prepared follow up letters for each defendant and sent them to Anita Kelley to review and sign. | waived |
| Jun 4, 2012 | Jose Gill | Status communication to client - apprise of current status, confirm status of evidence/facts; explain and forward most recent follow up with defense; memo to file. | 0.10 |

| Date | Name | Description | |
|---|---|---|---|
| May 21, 2012 | Lydia Bultemeyer | Received signed notice letter from Anita Kelley, saved in client's folder and sent all letters to Marshall Meyers to send to client (.1); sent notice letters to defendants by mail (.1). | waived |

| Date | Name | Description | Hours |
|---|---|---|---|
| May 21, 2012 | Marshall Meyers | Open File Partner - review online postings re blogs and any notable recent suits; review and enter client into database with all relevant information; prepare amicus precedent to track litigation progress and status | waived |
| May 16, 2012 | Lydia Bultemeyer | Reviewed welcome and notice letters, everything OK. Sent notice letter to Anita Kelley to review and sign. | waived |
| May 16, 2012 | Tara St. Angelo | Open File Paralegal - brief meeting with attorney to discuss file; review factual summary and prepare notice letter to the defense; prepare letter to client confirming representation; prepare letter to client with guidelines and information to follow during case; review with partner; forward to R&O department. | 0.80 |
| May 14, 2012 | Alex Weisberg | Final partner revisions to case opening email - review and revise Opening Email draft to ensure viability of claims and that same are properly brought as alleged; forward to paralegal to open case. | waived |
| May 14, 2012 | Gloria Ramirez | Received documents from pnc by email, saved to the shared drive, uploaded to the PNC database; memo to file. | waived |
| May 14, 2012 | Lydia Bultemeyer | Opened client's file in amicus. | waived |
| May 8, 2012 | Craig Ehrlich | Revise draft of Opening Email - received pre-draft from PDD; review evidence for value of claim including availability of actuals; review recent developments of law vs claims suggested in pre-draft to ensure all violations are properly claimed; draft suggested discovery requests to be made and witnesses to depose; review and revise; forward to partner in charge of final approval for case. | 0.20 |
| May 8, 2012 | Andrea Crawford | Conference with client - evidence confirms actionable claim; meeting with client to discuss facts and law, goals and options; review terms of representation and confirm attorney/client agreement; enter client to Amicus DB; memo to open Amicus litigation file. | 0.60 |

Amicus DB; memo to open Amicus litigation file.

| Date | Name | Description | Hours |
|---|---|---|---|
| May 7, 2012 | Venus Booth | Prepare predraft of case Opening Email - Received signed A/C k back from client; perform viability search via PACER, SOS database, Licensing database, BBB, Manta and/or google; review internal database for prior cases against this defendant to see if violations here are pattern and practice; determine SOL each claim; draft simple SOV for demand; draft statement of facts; draft fact specific counts and violations; confirm jurisdiction via google maps, client locale v defendant places of business; determine officers and owners; draft summary of evidence; conference with signing attorney regarding matters needed to be addressed. | 1.40 |

| Date | Person | Description | Hours |
|---|---|---|---|
| May 7, 2012 | Andrea Crawford | Evidence received - review evidence gathered by client and create factual summary; review with partner; memo to file to conference with PNC re evaluation. | 0.80 |
| May 7, 2012 | Jose Gill | Prepare initial PNC package - review and confirm status of collector via DB/Web search; prepare correspondence to pnc requesting records and notes; prepare claim specific evidentiary package based on facts known to date; explain next phase is mutual evidence and investigation; state intention to re-conference upon earlier of receipt of evidence or ten business days; memo to file. | 0.20 |
| May 7, 2012 | Jose Gill | Received initial inquiry re FDCPA violations - review, memo to file for appropriate further action. | 0.30 |