# EXHIBIT "N"

EXHIBIT "N"

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | | |
|---|---|---|
| HEATHER COGLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 2:12-CV-13545 |
| v. | ) | |
| | ) | **DECLARATION OF** |
| WEBER & OLCESE, P.L.C. & | ) | **RONALD WEISS** |
| MAIN STREET ACQUISITION CORP., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

WEISBERG & MEYERS, LLC
Ronald S. Weiss (P48762)
7035 Orchard Lake Road, Suite 600
West Bloomfield, MI 48322
RWeiss@AttorneysForConsumers.com
(888) 595-9111 ext. 230
(866) 565-1327 Fax
*Lead Counsel for Plaintiff*

**Correspondence address**
Weisberg & Meyers, LLC
5025 N. Central Ave., #602
Phoenix, AZ 85012

_____

I, **RONALD WEISS**, make the following declaration:

1. I am an attorney with Weisberg & Meyers, LLC. I am Plaintiff's lead attorney in this case, and am familiar with its facts.

2. I attest to the accuracy of Plaintiff's Itemized Time Entries included in Plaintiff's Statement of Services, including those time entries bearing my name.

3. The time entries bearing my name represent the actual attorney hours I spent working on Plaintiff's file.

4. Each of these time entries truly and accurately reflects the services I and my colleagues performed representing Plaintiff in this case.

1

5. Each time entry was entered, contemporaneously to the task being completed, into our computer database.

6. All of the time spent by the attorneys, law clerks, paralegals, and legal assistants in this case was reasonable and necessary.

7. The time entries were recorded in the ordinary course of business at Weisberg & Meyers, LLC by entering each entry into a computer database, Amicus Attorney.

8. I have reviewed my biographical section in Exhibit "O" to Plaintiff's Motion for Attorneys' Fees and Costs, and it truly and accurately reflects my background and experience.

9. I expended in excess of 4.2 hours in this matter, but am only seeking recovery for 4.2 hours.  Our contemporaneously kept records reflecting our services in this litigation are attached to Plaintiff's Motion for Attorneys' Fees and Costs as Weisberg & Meyers, LLC's Statements of Services.

10. The reasonable hourly rate for my services is $300.00 per hour.

11. The lodestar calculation of attorney's fees for my time expended is (4.2 hours x $300.00 per hour) $1,260.00.

12. These requested attorneys' fees and costs were reasonable and necessary to litigate this matter.

13. I declare under penalty of perjury that the foregoing is true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies that he verily believes them to be true and correct.

Executed on this 8th day of February, 2013.

                         By: /s/ Ronald S. Weiss
                            Ronald S. Weiss

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| HEATHER COGLE,            )<br>                                              )<br>       Plaintiff,                      )<br>                                              )<br>v.                                          )<br>                                              )<br>WEBER & OLCESE, P.L.C. &  )<br>MAIN STREET ACQUISITION CORP.,  )<br>                                              )<br>       Defendants.                )<br>_____ ) | Case No. 2:12-CV-13545<br><br>**DECLARATION OF<br>MARSHALL MEYERS** |

| | |
|---|---|
| WEISBERG & MEYERS, LLC<br>Ronald S. Weiss (P48762)<br>7035 Orchard Lake Road, Suite 600<br>West Bloomfield, MI 48322<br>RWeiss@AttorneysForConsumers.com<br>(888) 595-9111 ext. 230<br>(866) 565-1327 Fax<br>*Lead Counsel for Plaintiff* | **Correspondence address**<br>Weisberg & Meyers, LLC<br>5025 N. Central Ave., #602<br>Phoenix, AZ 85012 |

_____

I, **MARSHALL MEYERS**, make the following declaration:

1. I am a founding partner of Weisberg & Meyers, LLC.  I am one of Plaintiff's attorneys in this case, am familiar with its facts, and I worked on this case at the direction and under the guidance of Ronald Weiss.

2. I have reviewed Plaintiff's Itemized Time Entries included in Plaintiff's Statements of Services.

3. The time entries bearing my name represent the actual attorney hours I spent working on Plaintiff's file.

1

4. Each of these time entries truly and accurately reflects the services I performed representing Plaintiff in this case.

5. Each time entry was entered, contemporaneously to the task being completed, into our computer database.

6. All of the time I incurred on each time entry was reasonable and necessary.

7. The time entries were recorded in the ordinary course of business at Weisberg & Meyers, LLC by entering each entry into a computer database, Amicus Attorney.

8. I have reviewed my biographical section in Exhibit "O" to Plaintiff's Fee Motion, and it truly and accurately reflects my background and experience.

9. I expended in excess of 2.3 hours in this matter, but am only seeking recovery for 2.3 hours.  Our contemporaneously kept records reflecting our services in this litigation are attached to Plaintiff's Motion for Attorneys' Fees and Costs.

10. The reasonable hourly rate for my services is $335.00 per hour.

11. The lodestar calculation of attorney's fees for my time expended is (2.3 hours x $335.00 per hour) $770.50.

12. These requested attorneys' fees were reasonable and necessary to litigate this matter.

13. I declare under penalty of perjury that the foregoing is true and correct, except as to matters therein stated to be on information and belief, and as to such matters the undersigned certifies that he verily believes them to be true and correct.

Executed on this 8th day of February, 2013.

By: /s/ Marshall Meyers
Marshall Meyers

2